# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. **17-CR-3338-JLS** |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING SENTENCING HEARING** |
| **ANDREA SUAREZ,** | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED,** upon unopposed motion and good cause being shown, that the Sentencing Hearing for the above-named defendant is continued from March 23, 2018, at 9:00AM to April 27, 2018, at 9:00AM.

**SO ORDERED.**
Dated: March 19, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge